JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JIN ZHENG,

Petitioner,

v.

WARDEN of Adelanto ICE Processing Center, et al.,

Respondents.

Case No. 5:26-cv-06767-MBK

JUDGMENT

Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS ADJUDGED that the petition is GRANTED.

Dated: November 23, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE